■ In the Matter of TINA P., an Infant, by Her Parents, DEB-·
ORAH C. and Another, Respondent, v CRAIG B., an Infant, by
His Parents, ROBERT B. and Another, Appellant. [637 NYS2d 572]
—Order unanimously affirmed without costs. Memorandum:
Petitioner sustained her burden of establishing respondent's
paternity by clear and convincing evidence (see, Matter of Com-
missioner of Social Servs. v Philip De G., 59 NY2d 137, 141-
142). The testimony of petitioner that she had sexual relations
exclusively with respondent at the time of conception, along
with the blood test result indicating a 99.99% probability of
paternity, are sufficient to meet that burden (see, Matter of Ju-
lie W. v Adam S., 222 AD2d 1013). The weight to be accorded
expert testimony is a matter for the trier of fact (see, Matter of
Sylvestri, 44 NY2d 260, 266; Baumfeld v State of New York,
107 AD2d 927), and Family Court was justified in finding the
testimony of respondent's expert unconvincing. Further, "[t]he
greatest deference should be given to the decision of the hear-
ing Judge who is in the best position to assess the credibility of
the witnesses and the evidence proffered" (Matter of McCarthy
v Baiman, 125 AD2d 572). (Appeal from Order of Monroe
County Family Court, Houston, J.H.O.—Paternity.) Present—
Green, J. P., Lawton, Fallon, Callahan and Doerr, JJ.

■ RUSH-HENRIETTA CENTRAL SCHOOL DISTRICT, Appellant, v
BOARD OF COOPERATIVE EDUCATIONAL SERVICES, FIRST SUPERVI-
SORY DISTRICT OF MONROE COUNTY, Respondent. [638 NYS2d 375]
—Order and judgment unanimously affirmed without costs for
reasons stated in decision at Supreme Court, Kehoe, J. (Appeal
from Order and Judgment of Supreme Court, Monroe County,
Kehoe, J.—Dismiss Complaint.) Present—Green, J. P., Lawton,
Fallon, Callahan and Doerr, JJ.